15 A.3d 428

**Alysse COOPER, a Minor, by and through her Parent and Natural Guardian Denise Cooper; and Denise Cooper, Individually, Petitioners**

v.

**LANKENAU HOSPITAL; Sharon Nemser–Rudo, M.D.; Benjamin Montgomery, M.D.; Eric Carlson, M.D.; and Main Line Health, Inc., Respondents.**

Supreme Court of Pennsylvania.

March 10, 2011.

## *ORDER*

PER CURIAM.

**AND NOW,** this 10th day of March 2011, the Petition for Allowance of Appeal is **LIMITED GRANTED.** The issue, rephrased for clarity, is:

(a) Is it error for a trial court to require the patient in a medical lack-of-consent case to prove the elements of actual battery, including the doctor's mens rea or intent to cause harm?